## LOWN, Trustee, v. CASSELMAN.

### (139 N. W. 804.)

#### Opinion filed January 11, 1913.

Appeal from the District Court for Grand Forks County, *Templeton,* J.

Motion to dismiss the appeal on the ground of a voluntary payment of the judgment.

Motion denied.

*Murphy & Duggan,* for respondent.

*W. J. Mayer,* for appellant.

PER CURIAM. The questions involved upon the determination of this motion having been decided in the case of Murphy v. Casselman, ante, 336, 139 N. W. 802, decided at this term of court, that decision controls in this case, and the motion to dismiss the appeal is denied.